22-CV-441-KD

FILED JAN 20 '23 PM 2:27 USDCALS

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:

Yes ( ) No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:

Yes ( ) No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: ____________________

____________________

Defendants: ____________________

____________________

2. Court (if federal court, name the district; if state court, name the county): ____________________

____________________

3. Docket Number: ____________________

4. Were you granted the opportunity to proceed without payment of filing fees?
Yes ( ) No ( )

5. Name of judge to whom the case was assigned: ____________________

6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

____________________

____________________

____________________

7. Approximate date of filing lawsuit: ____________________

8. Approximate date of ruling by court: ____________________

**II. YOUR PRESENT COMPLAINT.**

A. Place or institution where action complained of occurred: MCMJ

B. Date it occurred: Sept 2022

C. Is there a prisoner grievance procedure in this institution? Yes

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓) No ( )

E. If your answer is YES:

1. What steps did you take? I Address the Jail on Kiosi MAchine

2. What was the result? NONE Responsive As It And sum wasn't A docket Issue

F. If your answer is NO, explain why not: ___

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

ON April 10, 2022 I was Arrested the Mobile P.D. came to 3359 loblolly drive drove A truck through the garage door damaging the house the said Arrest charges was false As someone had given the police A false call. I was then Aired on Fox 10 News were they reported for the second time false Allegations leaving me In danger then And presently now. The News station backed track days later but the damage had And Is being done. I was then brought to Jail the Arrest was justified As I had other warrants that was Also Aired And Also false. I was then made to sleep on the floor In jail were I was stabbed mutiple times In the head - I have A 100% disability - Mental/Cancer. Stabbed on the Ideal of what the News had Aired. The security Is unfit As the Jail Is over crowed this Is public old News, The Jail officers seperated me from my legal mail which has contributed to A fail Bankruptcy. And the losing of my home. The D.A. has publicize these Alligations to others making my life to be In Immediate danger. Still with No resolution In sight And no victims ever showing In Court

## III. PARTIES.

A. Plaintiff (Your name/AIS): DOMINIQUE THORNTON

Your present address: Mobile County Metro JAil

B. Defendant(s):

1. Defendant (full name) Byron DAY is employed as Byron DAY at Fox 10 NEWS.

His/her present address is ~~Unknown~~ FOX-10 NEWS STATION.

(a) Claim against this defendant: DefAMAtion of charater/chAracter ASSAINAtion AND placing plAintiff IN harms WAy.

(b) Supporting facts (Include date/location of incident):

3359 loblolly drive Mobile, Al - April 10, 2022 - Stabbing MCMJ Around (September 2022)

2. Defendant (full name) M.P.D is employed as M.P.D at Mobile Police Department.

His/her present address is Mobile Police Department Government St.

(a) Claim against this defendant: UNlAwful Arrest destruction of property.

(b) Supporting facts (Include date/location of incident):

FAlse cAll IN by EX INMATE / No WArrANT / Illegal Search / Destroying of property

3. Defendant (full name) D.A. (Mobile) is employed as —

at Government PlAZA 205 Government St

His/her present address is ~~Unknown~~ Government PlAZA 205 Government St.

(a) Claim against this defendant: public false Accusation / Excessive Extended court dates.

(b) Supporting facts (Include date/location of incident):

The d.A. Is using the over-crowed Jail system to force stage fights And long Exteded court dates In order to get A guilty plea (Dec 2022) Abusing the fast And speedy trial

C. Additional Defendants: (If there are additional defendants, you may list them on separate pages using the same outline above).

**IV.** A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: X

X.

2. When were you convicted? —

3. What is the term of your sentence? —

4. When did you start serving this sentence? —

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( ) No (✓)

If so, complete the following:

(a) Date of conviction: —

(b) Term of sentence: —

6. What is your expected end of sentence (E.O.S.) date? —

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

| | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no( ) | yes( ) no( ) |
| Expunged | yes( ) no( ) | yes( ) no( ) |
| Invalidated | yes( ) no( ) | yes( ) no( ) |

Writ of habeas corpus granted yes( ) no( ) yes( ) no( )

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: —
—

**V.** State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

- SAVE My DEAD Mothers HOUSE -

**VI. AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

01/01/23
Date

Dominique Thornton
(Signature of Plaintiff Under Penalty of Perjury)

Mobile County Metro JAIL P.O. 104
Current Mailing Address

Mobile, AlAbAMA 36601

Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

Dominique [illegible]
P.O. Box 104
Mobile, Al 36601

MOBILE AL 366
18 JAN 2023 PM




INMATE IN MOBILE CO. JAIL

U.S. District Court for the Southern D of AL
113 St Joseph St
Mobile, Al 36602

36602-362527