## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DOMINIQUE L. THORNTON,** | : |
|     **Plaintiff,** | : |
| **vs.** | :    **CIVIL ACTION 22-0441-KD-MU** |
| **MOBILE COUNTY D.A.,** *et al.*, | : |
|     **Defendants.** | : |

### ORDER

Before the Court is Plaintiff Thornton's letter motion requesting an extension of time to pay the $50.00 partial filing fee and to be allowed to visit his attorney. (Doc. 22, PageID.47). Thornton's Motion is **GRANTED**, and he is **ORDERED** to pay the partial filing fee by **June 30, 2023**. Thornton is advised that typically he should request jail officials to send the money from his prisoner account to the Court. If the Court does not receive the partial filing fee within the required time, a recommendation will be entered to dismiss this action without prejudice for failure to prosecute and to obey the Court's order. Furthermore, the failure to advise the Court immediately of a change in address will result in the dismissal of this action.

The request for Court intervention so he can visit with his attorney is **DENIED**. See Bell v. Wolfish, 441 U.S. 520, 547-48, 99 S. Ct. 1861, 1878-79, 60 L.Ed.2d 447 (1979) ("Prison administrators . . . should be accorded wide-ranging deference in the adoption and execution of policies and practices that in their judgment are needed to

preserve internal order and discipline and to maintain institutional security" as "the day-to-day operation of a corrections facility are not susceptible of easy solutions."). Accordingly, the undersigned declines to become involved in the Metro Jail's management operations.  This request is a matter for jail officials or state court officials.

    **DONE and ORDERED** this 7th day of June, 2023.

                                                **/s/ P. BRADLEY MURRAY**
                                                **UNITED STATES MAGISTRATE JUDGE**