IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOMINIQUE L. THORNTON,<br>    Plaintiff, | )<br>)<br>) |
| v. | )    CIVIL ACTION 1:22-00441-KD-MU<br>) |
| MOBILE COUNTY D.A., *et al.*,<br>    Defendants. | )<br>)<br>) |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 41) made under 28 U.S.C. § 636(b)(1) and S.D. Ala. GenLR 72(a)(2)(R) and dated February 5, 2024, is **ADOPTED** as the opinion of the Court. Accordingly, it is **ORDERED** that this action is **DISMISSED** without prejudice due to Plaintiff's failure to prosecute and comply with the Court's Order.

**DONE** and **ORDERED** this the **5th** day of **March 2024.**

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**